UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

METRO-GOLDWYN-MAYER PICTURES INC., a
Delaware corporation; and COLUMBIA PICTURES
INDUSTRIES, INC., a Delaware corporation,

                Plaintiffs,

v.

KENNETH AUGUSTINE,

                Defendant.

Hon.: Gordon J. Quist
Case: 1:06-cv-00037-GJQ

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Thousand Nine Hundred Sixty Dollars and Twenty-Five Cents ($2,960.25).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

   - *White Chicks*;
   - *Soul Plane*; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) (the "Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: __June 1, 2006__         　　　　　　s/Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　　　Hon. Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge